JOHN MARTINITZ, Appellant, *v.* JOHN TRAINER et al., Respondents.

Argued January 11, 1944; decided February 24, 1944.

*Eugene M. Parter, Emil Weitzner, Bernard Braun* and *Aram D. Manuelian* for appellant.

*E. R. Brumley* and *Moses Ely* for respondents.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that the weight of the evidence lies with the decision of the Trial Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.